

# NUMBER 13-23-00117-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CLAUDIA ZAMARRIPA,                                                                    Appellant,

v.

DALIA HERNANDEZ MIRELES,                                                        Appellee.

## On appeal from the County Court at Law No. 4
## of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Tijerina, Silva, and Peña**
**Memorandum Opinion by Justice Peña**

This matter is before the Court on its own motion, as appellant has failed to file a brief. On July 13, 2023, the Clerk of the Court notified appellant that, pursuant to Texas Rule of Appellate Procedure 38.8(a)(1), the appeal was subject to dismissal for want of prosecution unless, within ten days, appellant provided a reasonable explanation for the failure to timely file a brief.

Appellant has neither reasonably explained the failure to file a motion for extension of time nor filed her brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
17th day of August, 2023.